IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONGYINGBORUIDIANZIKEJIYOUXIANGONGSI,<br><br>  Plaintiff,<br><br>v.<br><br>MINIMAXIT LTD.,<br><br>  Defendant. | C.A. No. _____<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff dongyingboruidianzikejiyouxiangongsi ("Dongying Borui") states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.


Dated:  December 5, 2025

RIMON, P.C.

By: /s/ Zhun Lu
Zhun Lu (#4427)
200 Continental Drive, Suite 401
Newark, DE 19713
Telephone/Facsimile: (302) 688-7566
zhun.lu@rimonlaw.com

OFF COUNSEL

John E. Handy (*pro hac vice forthcoming*)
1765 Greensboro Station Place Tower I, Suite 900
McLean, VA 22102
Telephone/Facsimile: (703) 559-7360
john.handy@rimonlaw.com

*Attorneys for Plaintiff*

1